# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Technical Sergeant Andrew Bennett, ) | |
| ) | |
| Plaintiff, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| 1st Minot Management, et. al., ) | |
| ) | Case No. 1:17-cv-071 |
| Defendants. ) | |

Before the court is a motion for attorney Eric P.W. Hall to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Eric P.W. Hall has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 16) is **GRANTED**. Attorney Eric P.W. Hall is admitted to practice before this court in the above-entitled action on behalf of plaintif.

**IT IS SO ORDERED.**

Dated this 21st day of April, 2017.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge