# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Technical Sergeant Andrew Bennett, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1-17-cv-71 |
| 1st Minot Management, alias 1st Minot | ) | |
| Management Company, alias 1 st Minot | ) | |
| Reality, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is the parties' "Stipulation for Dismissal" filed on August 8, 2017. (Doc. No. 20). The Court **ADOPTS** the stipulation (Doc. No. 20) in its entirety and **ORDERS** the action be dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with the parties to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated this 11th day of August, 2017.

>   */s/  Charles S. Miller, Jr.*
>   Charles S. Miller, Jr., Magistrate Judge
>   United States District Court